Bennie Lloyd OUTLAW, a/k/a Sam Anthony, Sr., Plaintiff–Appellant,

v.

Sam ANTHONY, Sr., a/k/a Bennie Lloyd Outlaw, Defendant–Appellee.

No. 09–1166.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 26, 2009.

Bennie Lloyd Outlaw, Appellant Pro Se.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bennie Lloyd Outlaw appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Outlaw v. Anthony,* No. 2:08–cv–00597–JBF–FBS (E.D.Va. Jan. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*